THE STATE, EX REL. PRAYNER, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

(No. 39127—Decided April 28, 1965.)

*Mr. Alan Meltzer,* for appellant.

*Mr. William B. Saxbe,* attorney general, and *Mr. Robert M. Duncan,* for appellee Industrial Commission.

*Messrs. Baker, Hostetler & Patterson, Mr. Russell E. Leasure* and *Mr. Robert G. Stinchcomb,* for appellee employer.

*Per Curiam.* The Industrial Commission has control over its orders until the actual institution of an appeal therefrom or until the expiration of the time for such an appeal. See *Diltz* v. *Crouch, Dir. of Liquor Control,* 173 Ohio St. 367.

*Judgment affirmed.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER, and BROWN, JJ., concur.